IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AHMED F. GAD | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 19-5933 |
| | : | |
| THE DISTRICT ATTORNEY OF THE COUNTY OF NORTHAMPTON, ET AL. | : | |

**ORDER**

This 9th day of July, 2021, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, and consideration of Petitioner's arguments in his objection to the R&R (ECF 19) and his document styled as a petition to present evidence (ECF 22), it is hereby **ORDERED** that:

1. The Petition to Present Evidence is **DENIED**, and the Report and Recommendation is **APPROVED and ADOPTED**.

2. The petition for habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED.**

3. There is no basis for a certificate of appealability.

                                                   /s/ Gerald Austin McHugh
                                                   United States District Judge